# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SHAINE KRISTOPHER LEBLANC

NO. 2023 KW 0045

**MARCH 13, 2023**

---

In Re:     Shaine  Kristopher  Leblanc,  applying  for  supervisory
           writs,  22nd  Judicial  District  Court,  Parish  of  St.
           Tammany, No. 0538-M-2022.

---

**BEFORE:     THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

*a.s.w*

DEPUTY CLERK OF COURT
FOR THE COURT